UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TABITHA MCKENZIE,**

    **Plaintiff,**

**v.**                                  **Case No. 5:24-cv-159-TKW/MJF**

**JAMIE JETTERS,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 6). No objections were filed.[1]

Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice based on Plaintiff's failure to comply with court orders and failure to prosecute. Accordingly, it is

**ORDERED** that:

1.     The magistrate judge's R&R is adopted and incorporated by reference in this Order.

---

[1] The copy of the R&R mailed to Plaintiff at her address of record was returned as undeliverable by the Postal Service, but the Clerk re-mailed the R&R to Plaintiff at address she provided in another case. *See* Doc. 7-1. The time for filing objections based on the date the R&R was re-mailed has expired.

2.    This case is **DISMISSED without prejudice** for failure to comply with court orders and failure to prosecute.

3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 27th day of November, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**